UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

Greenhill, Jr.,

                                                    Plaintiffs,

                -against-

Nordstrom Rack, et al.,

                                                  Defendant.
-----------------------------------------------------------------X

**ORDER RE STATUS CONFERENCE**

**7:24-cv-3150-NSR-VR**

**VICTORIA REZNIK, United States Magistrate Judge:**

      A Status Conference (via telephone) is hereby scheduled for <u>October 30, 2024 at 10:30 am</u>. The parties are to dial in to the ATT conference line at 877-336-1839, enter access code 5999739, then # to enter the conference. At the Status Conference, the parties should be prepared to discuss the following:

      (1) a brief summary of claims, defenses, and relevant issues;
      (2) the basis of subject matter jurisdiction;
      (3) the subjects on which discovery may be needed;
      (4) any anticipated discovery disputes or sought-after limitations on discovery;
      (5) any plans for electronic discovery and ESI protocols;
      (6) any plans for confidentiality orders and orders relating to Fed. R. Evid. 502(d);
      (7) any anticipated motions; and
      (8) the prospects and timing for early settlement or resolution.

## Re: Incarcerated Prisoners

      *<u>Incarcerated petitioners/plaintiffs</u> shall participate in the conference by telephone (in lieu of a writ appearance). It is the responsibility of counsel for <u>respondent/defendant</u> to make prior arrangements with the appropriate facility to have the <u>petitioner/plaintiff</u> available via telephone.*
      SO ORDERED.

DATED:    White Plains, New York
                September 13, 2024

                                                                     VICTORIA REZNIK
                                                                     United States Magistrate Judge

**COPY MAILED TO PRO SE PLAINTIFF
BY CHAMBERS OF JUDGE REZNIK 9/13/24**