UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
Greenhill.,

          Plaintiff(s),

   -against-

Nordstrom Rack, et al.,

          Defendant(s).
-------------------------------------------------------------------X

**ORDER**

**7:24-cv-3150 NSR-VR**

**VICTORIA REZNIK, United States Magistrate Judge:**

**Please note the new dial in information for Judge Reznik's telephone conferences:**

As of December 1, 2024, all telephone conferences will be conducted on Cisco Webex unless otherwise noted.

Dial into **855-244-8681; enter Meeting ID 2310 527 2044 and then # to enter the meeting**.

Please use this number for the conference on 12/5/24 at 11:30 AM.

  **SO ORDERED.**

DATED:  White Plains, New York
      December 3, 2024

              _____
              VICTORIA REZNIK
              United States Magistrate Judge