UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

Greenhill,

          Plaintiffs,      **ORDER RE STATUS CONFERENCE**

   -against-

Nordstrom Rack, et al.,          **7:24 cv 3150 NSR-VR**

          Defendant.

----------------------------------------------------------------X

**VICTORIA REZNIK, United States Magistrate Judge:**

  A Status Conference (via telephone) is hereby scheduled for **2/5/25 at 10:30 am.** The parties are to dial in to the **Cisco Webex conference line at 855-244-8681, enter Meeting ID #2310 527 2044** and then # to enter the conference. At the Status Conference, the Plaintiff should be prepared to discuss his non-appearance at the last status conference. In the interim, the parties are directed to meet-and-confer before the February 2, 2025, status conference and be prepared to discuss that meeting at the conference.

  SO ORDERED.

DATED:  White Plains, New York
      January 8, 2025

                   _____
                   VICTORIA REZNIK
                   United States Magistrate Judge

**Copy mailed by Chambers of Judge Reznik to Pro Se Plaintiff at address provided to Chambers on 1/8/25**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/8/2025