UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

Greenhill,

                             Plaintiffs,

          -against-

Nordstrom Rack, et al.,

                            Defendant.

----------------------------------------------------------------X

**ORDER RE STATUS CONFERENCE**

**7:24-cv-3150 NSR-VR**

**VICTORIA REZNIK, United States Magistrate Judge:**

      A Status Conference (via telephone) is hereby scheduled for **May 15, 2025 at 11:30 am.**

The parties are to dial in to the **Cisco Webex conference line at 855-244-8681, enter Meeting ID #2310 527 2044** and then # to enter the conference.

      SO ORDERED.

DATED:    White Plains, New York
               April 17, 2025

_____
VICTORIA REZNIK
United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/17/2025