UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
Greenhill,

                          Plaintiff,                       24-cv-03150-NSR-VR

         -against-                                **ORDER**

Nordstrom Rack, et. al.,

                          Defendants.
-------------------------------------------------------------------X

**VICTORIA REZNIK, United States Magistrate Judge:**

     On July 14, 2025, the Court directed the parties to submit a joint status letter to the Court by September 30, 2025, confirming whether discovery is complete. (ECF No. 58). The Court has not yet received any such letter. The parties are reminded to submit a joint status letter, which is now due by **October 7, 2025**.

     **SO ORDERED.**

DATED:    White Plains, New York
               October 1, 2025

                                                _____
                                                VICTORIA REZNIK
                                                United States Magistrate Judge