UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
GREENHILL,

                    Plaintiff(s),           **ADJOURNMENT ORDER**

    - against -

                                                  24 Civ. 3150 (NSR)

NORDSTROM RACK, et al.,
                    Defendant(s).
---------------------------------------------------------x

NELSON S. ROMÁN, U.S.D.J.:

The above case previously scheduled for a telephonic Status Conference on November 5, 2025 before the United States District Judge Nelson S. Román, **is hereby adjourned *sine die*** pending anticipated motion practice. The Court may reschedule this conference after issuing its decision.

                                                        SO ORDERED.

Dated:    White Plains, NY
             November 3, 2025

                                                      Hon. Nelson S. Román, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/03/2025