**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

NATHANIEL K. GREENHILL,

Plaintiff,

-against-

24 **CIVIL** 3150 (NSR)

# JUDGMENT

NORDSTROM RACK, et al.,

Defendants.

---------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated September 29, 2026, the Court has declined to exercise supplemental jurisdiction over Plaintiff's claims against the Nordstrom Defendants. Plaintiff's state-law claims against the Nordstrom Defendants are dismissed without prejudice to recommence in the proper forum; accordingly, the case is closed.

**Dated:** New York, New York

September 30, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** K. Mango

**Deputy Clerk**